# MEMORANDA

OF

DECISIONS RENDERED WITHOUT EXTENDED OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

No. 5,098.—FIRST NATIONAL BANK OF THREE FORKS,
RESPONDENT, v. PHILLIP MOCKEL, APPELLANT.

*Appeal from District Court, Fergus County; Wm. L. Ford,
Judge.*

Decided March 22, 1923.

PER CURIAM.—The appeal in the above-entitled action is
dismissed on stipulation of counsel.

*Mr. Frank W. Mettler* and *Mr. Frank T. Hooks,* for Ap-
pellant.

*Mr. E. A. Peterson* and *Mr. Charles A. Hills,* for Re-
spondent.

---

No. 5,291.—IN RE ESTATE OF NELLIE BRADFIELD, DE-
CEASED. OLOF BRADFIELD, EXECUTOR, APPELLANT, v.
GEORGE N. LATUS, RESPONDENT.

*Appeal from District Court, Stillwater County; Albert P.
Stark, Judge.*

Decided April 3, 1923.

PER CURIAM.—It appearing that the attempted appeal
herein is not from a judgment or order of the lower court and
the court therefore not having jurisdiction of the matter,
respondent's motion to dismiss the appeal is granted.

*Mr. P. R. Heily,* for Appellant.

*Mr. Jos. R. Wine,* for Respondent.